J Christopher Jorgensen (SBN 5382)
**LEWIS ROCA ROTHGERBER CHRISTIE LLP**
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV  89169
Tel: (702) 949-8200
E-mail:  cjorgensen@lrrc.com

Chad R. Fuller (CA Bar No. 190830)
(admitted *pro hac vice*)
**TROUTMAN SANDERS LLP**
11682 El Camino Real, Suite 400
San Diego, CA  92130-2092
Tel: (858) 509-6056
E-mail:  chad.fuller@troutmansanders.com

Attorneys for Defendant/Third-Party Plaintiff
*FCA US LLC f/k/a CHRYSLER GROUP LLC*
*d/b/a CHRYSLER CAPITAL*

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER FELSEN, | Case No.  2:16-cv-01259-JAD-NJK |
| Plaintiff, | |
| v. | **REVISED STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE** |
| FCA US LLC f/k/a CHRYSLER GROUP LLC d/b/a CHRYSLER CAPITAL, | |
| Defendant. | |
| FCA US LLC f/k/a CHRYSLER GROUP LLC d/b/a CHRYSLER CAPITAL, | |
| Third-Party Plaintiff, | |
| v. | |
| SUE SHAFER, | |
| Third-Party Defendant. | |

Plaintiff CHRISTOPHER FELSEN and Defendant/Third-Party Plaintiff FCA US LLC f/k/a Chrysler Group LLC d/b/a Chrysler Capital ("Chrysler Capital") hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice, in its entirety, including the Third-Party Complaint, in accordance with Fed. R. Civ. P.

1   41(a)(2).  Each party shall bear its own attorney's fees, prejudgment interest, and costs

2   of suit.

3   Dated:  March 3, 2017.                    Dated:  March 3, 2017.

4   **HAINES & KRIEGER, LLC**              **LEWIS ROCA**
                                            **ROTHGERBER CHRISTIE LLP**
5
    By:  _/s/ David H. Krieger_            By:  _/s/  J Christopher Jorgensen_
6   David H. Krieger                       J Christopher Jorgensen
    8985 S. Eastern Avenue, Suite 350      3993 Howard Hughes Pkwy, Suite 600
7   Henderson, NV 89123                    Las Vegas, NV  89169
    Phone: 702.880.5554                    Phone: 702.949.8200
8   Email: dkrieger@hainesandkrieger.com   Email: cjorgensen@lrrc.com

9   Attorneys for Plaintiff                **TROUTMAN SANDERS LLP**
    *Christopher Felsen*
10
                                           By:  ___/s/ Chad R. Fuller_____
11                                         Chad R. Fuller (SBN CA 190830)
                                           (admitted *pro hac vice*)
12                                         11682 El Camino Real, Suite 400
                                           San Diego, CA  92130-2092
13                                         Phone: 858.509.6056
                                           Email: chad.fuller@troutmansanders.com
14
                                           Attorneys for Defendant
15                                         *FCA US LLC f/k/a CHRYSLER GROUP*
                                           *LLC d/b/a CHRYSLER CAPITAL*
16

17                                  **ORDER**

18

19   Based on the parties' stipulation [ECF No. 21] and good cause appearing, IT IS HEREBY

20   ORDERED that THIS CASE IS DISMISSED with prejudice, each side to bear its own

21   fees and costs.  The Clerk of Court is directed to CLOSE THIS CASE.

22
                                           _____
23                                         Jennifer Dorsey
                                           U.S. District Judge     3/6/17
24

25

26

27

28